IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LYNDON A. ELDER                                                                                    PLAINTIFF

vs.                                         Civil No. 6:14-cv-6114

STATE OF ARKANSAS                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 25, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that the above-styled case be dismissed without prejudice for failure to prosecute and failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 13th day of April, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge